### 15285.  EVANS v. THE STATE.

LUKE, J.  1.  The verdict of guilty of voluntary manslaughter was authorized by the evidence, there being testimony tending to show that the deceased was committing an actual assault, if not assault and battery, upon the wife of the accused at the moment he was shot and killed by the accused.

2.  The special grounds of the motion for a new trial complain only of the charge of the court.  In the light of the entire charge, none of them appears to be meritorious.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 15, 1924.

Conviction of manslaughter; from Hart superior court—Judge W. L. Hodges.  December 8, 1923.

*T. S. Mason, J. H. & Emmett Skelton,* for plaintiff in error.

*A. S. Skelton, solicitor-general, Worley & Nall,* contra.

---

### 15287.  DILLINGHAM v. ESLINGER.

BROYLES, C. J.  1.  A wife cannot legally sign as security an appeal bond given by her husband, and where she does so sign, and there is no other security on the bond, the appeal is a nullity and the bond cannot be amended by the addition or substitution of another security, and the appeal should be dismissed on motion.  Section 5707 of the Civil Code (1910), which provides that an appeal bond may be amended, and new security given if necessary, refers only to cases where the security is lawful but merely inadequate.  *Benson* v. *Shines,* 107 *Ga.* 406 (2), 407 (2) (33 S. E. 439), and citations; *Chapple* v. *Tucker,* 110 *Ga.* 467, 469 (35 S. E. 643); *McEachern* v. *Clark,* 18 *Ga. App.* 668 (90 S. E. 367), and citations.  Under this ruling the court did not err in sustaining the certiorari and dismissing the appeal.

2.  The first certiorari in this case not having been heard on its merits, but being dismissed because prematurely brought, a renewal of the suit by a second certiorari was in order.  *Smith* v. *Walkeen Millinery Co.,* 12 *Ga. App.* 119 (76 S. E. 992).

3.  It appearing that the writ of error in this case must have been sued out for the purpose of delay only, the request of the defendant in error for the award of ten per cent. damages is granted.

> *Judgment affirmed, with damages.  Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 15, 1924.

Certiorari; from Whitfield superior court—Judge Tarver.  December 15, 1923.

*W. E. & W. G. Mann,* for plaintiff in error.

*F. K. McCutchen,* contra.